Opinion issued July 1, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00879-CV

———————————

BURLINGTON
RESOURCES OIL & GAS COMPANY LP, Appellant

V.

SAN JUAN BASIN ROYALTY TRUST,
Appellee



 



 

On Appeal from the 281st District Court 

Harris County, Texas



Trial Court Case No. 2005-74370

 



MEMORANDUM OPINION

Appellant, Burlington Resources Oil & Gas
Company L.P., has filed an unopposed motion to dismiss the appeal.  No opinion has issued.  Accordingly, we grant the motion and we dismiss the appeal.  Tex. R. App. P. 42.1(a) (1).

We overrule all other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Keyes and Sharp.